JAMES ATTRIDGE [SBN NO. 124003]
LAW OFFICES OF JAMES ATTRIDGE
270 Divisadero Street, #3
San Francisco, CA 94117
Telephone:  (415) 552-3088
Email:  jattridge@attridgelaw.com

**Larry R. Davidson, OSB #750897**
larry@rollin-on.com
121 SW Morrison St., Suite 1020
Portland, Oregon 97204
Telephone:     503-229-0199
Facsimile:      503-229-0644

Attorney for Defendants Environmental
Transportation of Nevada, LLC,
Pan Western Corporation, and
Mitchell W. Truman

Eric A. Handler, Cal. State Bar No. 224637
ehandler@donahue.com
DONAHUE FITZGERALD LLP
1999 Harrison Street, 25th Floor
Oakland, California  94612-3520
Telephone: (510) 451-3300
Facsimile:  (510) 451-1527

Attorneys for Plaintiff Glass Recycling LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLASS RECYCLING LLC, a California limited liability company,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>ENVIRONMENTAL TRANSPORTATION OF NEVADA, LLC, a Nevada limited liability company, PAN WESTERN CORPORATION, a Nevada corporation, MITCHELL W. TRUMAN, an individual, and DOES 1-20, inclusive,<br><br>　　　　　Defendants | Case No.   3:14-CV-05199 EMC<br><br>State Court Cause No.: CIV 531000<br><br>**STIPULATION FOR EXTENSION OF MEDIATION DEADLINE; (PROPOSED) ORDER EXTENDING MEDIATION DEADLINE** |

Page 1   STIPULATION AND ORDER FOR EXT. OF MEDIATION DEADLINE

1.      Pursuant to Civil Minutes dated April 30, 2015, the current deadline for completion of mediation is July 29, 2015.  Mediation was previously scheduled for June 23, 2015.  The court ordered that the parties may each take two depositions prior to the mediation.  Defendants intend to depose third party Fred Owens as one of defendants' pre-mediation depositions.

2.      Because of medical issues, Mr. Owens was not available for deposition in June of 2015.  Accordingly, the parties scheduled their mediation for July 23, 2015 and scheduled Mr. Owens' deposition for July 22, 2015.

3.      Plaintiff's attorneys of record just learned today that Mr. Owens remains unavailable for deposition because of his medical issues.

4.      In order to allow defendants the opportunity to depose Mr. Owens prior to the mediation, the parties request that the deadline to mediate be extended to September 2, 2015, the day before the next Case Management Conference currently set for September 3, 2015.

IT IS SO STIPULATED.

DATED:   July 20, 2015.        DONAHUE FITZGERALD LLP

                               By:  /s/ Eric A. Handler
                                    Attorneys for Plaintiff Glass Recycling LLC

DATED:   July 20, 2015         LAW OFFICES OF LARRY R. DAVIDSON

                               By:  /s/ Larry R. Davidson
                                    Attorney for Defendants Environmental
                                    Transportation of Nevada, LLC, Pan Western
                                    Corporation, and Mitchell W. Truman

Pursuant to Stipulation, it is so Ordered.

Dated: July __28__, 2015       _____
                               The Honorable Edward M. Chen
                               United States District Judge



Page 2   STIPULATION AND ORDER FOR EXTENSION OF DEADLINE