JAMES ATTRIDGE [SBN NO. 124003]
LAW OFFICES OF JAMES ATTRIDGE
270 Divisadero Street, #3
San Francisco, CA 94117
Telephone:  (415) 552-3088
Email:  jattridge@attridgelaw.com

**Larry R. Davidson, OSB #750897**
larry@rollin-on.com
121 SW Morrison St., Suite 1020
Portland, Oregon 97204
Telephone:     503-229-0199
Facsimile:      503-229-0644

Attorney for Defendants Environmental Transportation of Nevada, LLC,
Pan Western Corporation, and
Mitchell W. Truman

Eric A. Handler, Cal. State Bar No. 224637
ehandler@donahue.com
DONAHUE FITZGERALD LLP
1999 Harrison Street, 25th Floor
Oakland, California  94612-3520
Telephone: (510) 451-3300
Facsimile:  (510) 451-1527

Attorneys for Plaintiff Glass Recycling LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLASS RECYCLING LLC, a California limited liability company,<br><br>          Plaintiff,<br><br>    vs.<br><br>ENVIRONMENTAL TRANSPORTATION OF NEVADA, LLC, a Nevada limited liability company, PAN WESTERN CORPORATION, a Nevada corporation, MITCHELL W. TRUMAN, an individual, and DOES 1-20, inclusive,<br><br>          Defendants. | Case No.   3:14-CV-05199 EMC<br><br>State Court Cause No.: CIV 531000<br><br>**STIPULATION FOR EXTENSION OF MEDIATION DEADLINE AND CASE MANAGMENT CONFERENCE; (PROPOSED) ORDER EXTENDING MEDIATION DEADLINE AND RESETTING DATE FOR CASE MANAGEMENT CONFERENCE** |

Page 1   STIPULATION AND ORDER FOR EXT. OF MEDIATION DEADLINE
                AND RESETTING DATE FOR CASE MANAGEMENT CONFERENCE

1.     Pursuant to Order pursuant to Stipulation dated July 28, 2015, the current deadline for completion of mediation is September 2, 2015.  Mediation was previously scheduled for June 23, 2015, and is currently scheduled for next Tuesday, August 25.  The court ordered that the parties may each take two depositions prior to the mediation.  Defendants intend to depose third party Fred Owens as one of defendants' pre-mediation depositions.

2.     Because of medical issues, Mr. Owens has not been available for deposition.  His deposition was reset to next Monday, August 24, the day before the mediation.

3.     Undersigned counsel recently learned that Mr. Owens will not be available for deposition next Monday due to medical issues.

4.     In order to allow defendants the opportunity to depose Mr. Owens prior to the mediation, the parties request that the deadline to mediate be extended 60 days to November 3, 2015, and for the Case Management Conference, currently set for September 3, 2015, be rescheduled to a date following the mediation deadline.

IT IS SO STIPULATED.

DATED:     August 18, 2015.     DONAHUE FITZGERALD LLP

By: /s/ Eric A. Handler
Attorneys for Plaintiff Glass Recycling LLC

DATED:     August 18, 2015     LAW OFFICES OF LARRY R. DAVIDSON

By: /s/ Larry R. Davidson
Attorney for Defendants Environmental Transportation of Nevada, LLC, Pan Western Corporation, and Mitchell W. Truman

Pursuant to Stipulation, it is so Ordered.  The deadline for mediation is November 3, 2015, and the Case Management Conference is reset to November 12/3, 2015 at 10:30 am/~~pm~~. an updated joint CMC Statement shall be filed by 11/25/15.

Dated: August 24, 2015

_____
The Honorable Edward M. Chen
United States District Court Judge



Page 2   STIPULATION AND ORDER FOR EXT...
AND RESETTING DATE FOR CASE MANA...