JAMES ATTRIDGE [SBN NO. 124003]
LAW OFFICES OF JAMES ATTRIDGE
270 Divisadero Street, #3
San Francisco, CA 94117
Telephone:  (415) 552-3088
Email:  jattridge@attridgelaw.com

**Larry R. Davidson, OSB #750897**
larry@rollin-on.com
121 SW Morrison St., Suite 1020
Portland, Oregon 97204
Telephone:     503-229-0199
Facsimile:      503-229-0644

Attorneys for Defendants Environmental
Transportation of Nevada, LLC,
Pan Western Corporation, and
Mitchell W. Truman

Eric A. Handler, Cal. State Bar No. 224637
ehandler@donahue.com
DONAHUE FITZGERALD LLP
1999 Harrison Street, 25th Floor
Oakland, California  94612-3520
Telephone: (510) 451-3300
Facsimile:  (510) 451-1527
Attorneys for Plaintiff Glass Recycling LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLASS RECYCLING LLC, a California limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>ENVIRONMENTAL TRANSPORTATION OF NEVADA, LLC, a Nevada limited liability company, PAN WESTERN CORPORATION, a Nevada corporation, MITCHELL W. TRUMAN, an individual, and DOES 1-20, inclusive,<br><br>Defendants | Case No.   3:14-CV-05199 EMC<br><br>State Court Cause No.: CIV 531000<br><br>**STIPULATION FOR EXTENSION OF MEDIATION DEADLINE; (PROPOSED) ORDER EXTENDING MEDIATION DEADLINE AND CONTINUING CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES** |

Page 1   STIPULATION AND ORDER FOR EXT. OF MEDIATION DEADLINE

1.  The current deadline for completion of mediation is November 2, 2015. Mediation had been scheduled for October 16, 2015. Previously the Court had ordered that the parties may each take two depositions prior to the mediation. Defendants intend to depose third party Fred Owens as one of defendants' pre-mediation depositions.

2.  Because of medical issues, Mr. Owens has not been available for deposition. His deposition had been scheduled for October 15, 2015.

3.  The parties just learned today that Mr. Owens continues at present to be unavailable for deposition because of a recent medical procedure and ongoing medical issues. However, Mr. Owens has reported that his doctor believes his health may allow him to be deposed within the next two or three weeks.

4.  The parties continue to desire to fully explore their options for potential settlement, including through mediation, once Mr. Owens has been deposed. In order to allow defendants the opportunity to depose Mr. Owens prior to the mediation, the parties request that: (a) the deadline to mediate be extended by 45 days, i.e. to December 17, 2015; (b) the Case Management Conference currently set for December 3, 2015 be continued to sometime after January 8, 2016, as defendants' counsel will be out of the country the latter part of December 2015 through January 8, 2016; and (c) all deadlines related to the Case Management Conference be continued in accordance with the continued Case Management Conference date.

IT IS SO STIPULATED.

DATED:   October 13, 2015.        DONAHUE FITZGERALD LLP

By:  /s/ Eric A. Handler
   Attorneys for Plaintiff Glass Recycling LLC

DATED:   October 13, 2015         LAW OFFICES OF LARRY R. DAVIDSON

By:  /s/ Larry R. Davidson
   Attorney for Defendants Environmental
   Transportation of Nevada, LLC, Pan Western
   Corporation, and Mitchell W. Truman

Page 2   STIPULATION AND ORDER FOR EXT. OF MEDIATION DEADLINE

**ORDER**

Pursuant to Stipulation by and between the parties, the deadline by which the parties must complete mediation is extended until December 17, 2015, the Court's Case Management Conference is reset to January 21, 2016 at 10:30 am/~~pm~~, and the related deadlines associated with the Case Management Conference are continued such that they are now keyed to the reset date for the Case Management Conference. The parties shall file an updated Joint Case Management Statement by January 14, 2016.

IT IS SO ORDERED.

Dated: October 21, 2015

_____
The Honorable Edward M. Chen
United States District Judge



IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

Page 3   STIPULATION AND ORDER FOR EXT. OF MEDIATION DEADLINE