1  Eric A. Handler, Cal State Bar No. 224637
   ehandler@donahue.com
2  DONAHUE FITZGERALD LLP
   Attorneys at Law
3  1999 Harrison Street, 25th Floor
   Oakland, California  94612-3520
4  Telephone:   (510) 451-3300
   Facsimile:    (510) 451-1527
5
   Attorneys for Plaintiff Glass Recycling LLC
6
   James Attridge [SBN 124003]
7  LAW OFFICES OF JAMES ATTRIDGE
   270 Divisadero Street, #3
8  San Francisco, CA 94117
   Telephone: (415) 552-3088
9  Email: jattridge@attridgelaw.com

10 Larry R. Davidson, OSB #750897
   larry@rollin-on.com
11 121 SW Morrison St., Suite 1020
   Portland, Oregon 97204
12 Telephone: (503) 229-0199
   Facsimile: (503) 229-0644
13
   Attorneys for Defendants Environmental
14 Transportation of Nevada, LLC, Pan Western
   Corporation, and Mitchell W. Truman
15

16                       UNITED STATES DISTRICT COURT

17                     NORTHERN DISTRICT OF CALIFORNIA

18

19 | GLASS RECYCLING LLC, a California | Case No.  3:14-CV-05199 EMC |
   | limited liability company, | |
20 | | **STIPULATION OF DISMISSAL** |
   |                 Plaintiff, | |
21 | | |
   |          v. | |
22 | | |
   | ENVIRONMENTAL TRANSPORTATION | |
23 | OF NEVADA, LLC, a Nevada limited | |
   | liability company; et al., | |
24 | | |
   |                 Defendants. | |
25

26 ///

27 ///

28 ///

1   IT IS HEREBY STIPULATED by and between the parties to this action through their
2   designated counsel that the above-captioned action be and hereby is dismissed without prejudice
3   pursuant to FRCP 41(a)(1).

Dated: February 3, 2016        DONAHUE FITZGERALD LLP


By: /s/ Eric A. Handler
    Eric A. Handler
    Attorneys for Plaintiff
    Glass Recycling LLC

Dated: February 3, 2016        LAW OFFICES OF LARRY R. DAVIDSON


By: /s/ Larry R. Davidson
    Larry R. Davidson
    Attorneys for Defendants
    Environmental Transportation of Nevada, LLC, Pan
    Western Corporation, and Mitchell W. Truman

IT IS SO ORDERED:

_____

EDWARD M. CHEN
U.S. DISTRICT

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Edward M. Chen]*